[50 NE3d 922, 31 NYS3d 454]

LUIS CARRION, Appellant, v JOHN FAULKNER, Individually and Doing Business as FALCON MEWS ASSOCIATES, et al., Respondents.

Decided April 28, 2016

APPEARANCES OF COUNSEL

*Arnold E. DiJoseph, P.C.*, New York City (*Arnold E. DiJoseph, III*, of counsel), for appellant.

*Gannon, Rosenfarb & Drossman*, New York City (*Lisa L. Gokulsingh* of counsel), for respondents.

OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, with costs, and defendants' motion for summary judgment denied. On this record, material questions of fact exist and, therefore, summary judgment for defendants was inappropriate.

Concur: Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia.